# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Scott Kelly Hansen, | Civil No. 11-1548 (RHK/FLN) |
| Petitioner, | **ORDER** |
| v. | |
| Jessica Symmes, Warden, | |
| Respondent. | |

Pursuant to the Court's Order (Doc. No. 6), **IT IS ORDERED** that the Clerk of Court **ENTER JUDGMENT** in the above-captioned matter.

Dated: August 17, 2011

                                               s/Richard H. Kyle
                                               RICHARD H. KYLE
                                               United States District Judge